CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

AUG 02 2022

JULIA C. DUDLEY CLERK
BY: _____
DEPUTY CLERK

Dillon
District Judge
Assign. by Clerk's Ofc.

Hoppe
Mag. Referral Judge
Assign. by Clerk's Ofc.

IN THE UNITED STATES DISTRICT COURT

for the WESTERN DISTRICT OF VIRGINIA

For use by Inmates filing a Complaint under

**CIVIL RIGHTS ACT, 42 U.S.C. §1983 or <u>BIVENS v. SIX UNKNOWN NAMED AGENTS OF FED. BUREAU OF NARCOTICS. 403 U.S.C. §388 (1971)</u>**

Jeremiah James Goodwin
_____
Plaintiff full name

311074446
Inmate No.

v.

CIVIL ACTION NO. 722CV00444
(Assigned by Clerk's Office)

Frederick County
_____
Defendant(s) full name(s)

*************************************************************

A. **Where are you now?** Name **and** address of facility _____
   141 Ford Collier Road
   Winchester Virginia 22603

B. Where did this action take place? Winchester VA

C. Have you begun an action in state or federal court dealing with the same facts involved in this complaint?

   _____ Yes      _____ No

   If your answer to A is Yes, answer the following:

   1. Court: _____

   2. Case Number: _____

D. Have you filed any grievances regarding the facts of this complaint?

   _____ Yes      _____ No

   1. If your answer is Yes, indicate the result:

   _____

   2. If your answer is No, indicate why:

**E.** Statement of Claim(s): State briefly the facts in this complaint. Describe what action(s) each defendant took in violation of your federal rights and include the relevant dates and places. **Do not give any legal arguments or cite any cases or statutes**. If necessary, you may attach additional page(s). Please write legibly.

Claim #1 – Supporting Facts – Briefly tell your story without citing cases or law:

Frederick County Police used excessive force with their Dog.

Claim #2 – Supporting Facts – Briefly tell your story without citing cases or law:

I was Not resisting. I was Surrendered but they still Shocked me after punching me then the Dog tore my leg

**F.** State what relief you seek from the Court. Make no legal arguments and cite no cases or statutes.

Money Settlement

**G.** If this case goes to trial, do you request a trial by jury?   Yes __✓__   No _____

**H.** If I am released or transferred, I understand it is my responsibility to immediately notify the court <u>in writing</u> of any change of address *after* I have been released or transferred or my case may be dismissed.

SIGNATURE: _____   Date  7-28-22

VERIFICATION:
I, ___Jeremiah Goodman___, state that I am the plaintiff in this action, and I know the content of the above complaint; that it is true of my own knowledge, except as to those matters that are stated to be based on information and belief, and as to those matters, I believe them to be true. I further state that I believe the factual assertions are sufficient to support a claim of violation of constitutional rights. Further, I verify that I am aware of the provisions set forth in 28 U.S.C. §1915 that prohibit an inmate from filing a civil action or appeal, if the prisoner has, on three or more occasions, while incarcerated brought an action or appeal in federal court that is dismissed on the grounds that it was frivolous, malicious, or failed to state a claim upon which relief may be granted, unless the prisoner is imminent danger of serious physical injury. I understand that if this complaint is dismissed on any of the above grounds, I may be prohibited from filing any future actions without the pre-payment of the filing fees. I declare under penalty of perjury the foregoing to be true and correct.

SIGNATURE: _____   Date: 7-28-07

Jeremiah Gordon
141 Fort Collier Road
Winchester Virginia 22603

NOVA 220

30 JUL 2022   PM 3 L

FOREVER
USA

*Barn Swallow*

Clerk, United States District Court
210 Franklin Road, SW, Suite 540
Roanoke, VA 24011

24011-220840